BAILUS COOK & KELESIS, LTD.
GEORGE P. KELESIS, ESQ. (0069)
MARK B. BAILUS, ESQ. (2284)
MARC P. COOK, ESQ. (4574)
JULIE L. SANPEI, ESQ. (5479)
517 S. Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 737-7702
Facsimile: (702) 737-7712
Email: law@bckltd.com
*Attorneys for Defendants,*
*Francine Magliarditi, individually and as*
*Trustee of the FRM Trust, DJM Irrevocable Trust, and*
*FANE Trust, ATM Enterprises, LLC, DII Capital, Inc.*
*DFM Holdings, Ltd., DFM Holdings, LP,*
*and DII Properties LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP, DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC.<br><br>Defendants. | Case No.: 2:17-CV-00487-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**<br>**(First Request)** |

COMES NOW, Defendants Francine Magliarditi; FRM Trust; DJM Irrevocable Trust; Fane Trust; ATM Enterprises, LLC; DII Capital, Inc.; DFM Holdings, Ltd., DFM Holdings, LP; and DII Properties, LLC ("Defendants") file this Unopposed Motion for Extension of Time in Which to Answer, Move or Otherwise Respond and, in support thereof, would show unto the Court as follows:

1.    The above-entitled action was received by the Court from the Northern District of Texas on February 15, 2017 pursuant to a court order (ECF No. 37).  The Court has ordered (ECF No. 39) that all non-resident counsel file a Verified Petition, Motion for Permission to Practice in This Case Only by April 2, 2017.  The Court has further ordered (ECF No. 39) that counsel shall have until March 18, 2017 to file a Joint Status Report.

2.    Defendants have recently retained the undersigned attorneys to act as their counsel in this matter and their Notice of Appearance (ECF No. 41) was filed on March 2, 2017, and counsel needs additional time to consider the relevant defenses and the appropriate course of action in response to Plaintiffs' Amended Complaint.

3.    Counsel for Plaintiffs has agreed that Defendants may have a two (2) week extension from March 18, 2017, in which to answer, move or otherwise respond to Plaintiffs' Amended Complaint, and is not opposed to this motion.

4.    This is the first request for an extension of time in which to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

5.    The additional time requested herein is not sought for purposes of delay.

THEREFORE, Defendants request that the Court enter an Order granting their Motion and that the Defendants have two (2) weeks from March 18, 2017 to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

DATED this 6th day of March, 2017.

BAILUS COOK & KELESIS, LTD.

*/s/ Mark B. Bailus*
MARK B. BAILUS, ESQ.
Nevada Bar No. 2284
517 S. Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 3-6-2017