DOMINIC J. MAGLIARDITI, ESQ. (4324)
P.O. Box 371145
Las Vegas, NV 89137
Tel: (702) 637-0096
Fax: (702) 800-5495
Email: nickmagliarditi@gmail.com
*Defendant Pro Se*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES, LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DOMINIC J. MAGLIARDITI, FRANCINE MAGLIARDITI, in her individual capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST, ATM ENTERPRISES, LLC, DII CAPITAL, INC., DFM HOLDINGS, LTD., DFM HOLDINGS, LP, DII PROPERTIES LLC, MAGLIARDITI, LTD., CHAZZLIVE.COM, LLC, and SPARTAN PAYMENT SOLUTIONS, LLC,<br><br>    Defendants. | **Case No.: 2:17-CV-00487-APG-VCF**<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**<br>   (First Request) |

1

COMES NOW, Defendant Dominic J. Magliarditi ("Defendant Dominic Magliarditi") who files this Unopposed Motion for Extension of Time in which to Answer, Move or Otherwise Respond and, in support thereof, would show unto the Court as follows:

1.  The above-entitled action was received by the Court from the Northern District of Texas on February 15, 2017 pursuant to a court order (ECF No. 37). The Court has ordered (ECF No. 39) that all non-resident counsel file a Verified Petition, Motion for Permission to Practice in This Case Only by April 2, 2017. The Court has further ordered (ECF No. 39) that counsel shall have until March 18, 2017 to file a Joint Status Report.

2.  Defendant Dominic Magliarditi's Notice of Appearance (ECF No. 44) was filed on March 13, 2017, and he needs additional time to consider the relevant defenses and the appropriate course of action in response to Plaintiffs' Amended Complaint.

3.  Counsel for Plaintiffs has agreed that Defendant Dominic Magliarditi may have a two (2) week extension from March 18, 2017, in which to answer, move or otherwise respond to Plaintiffs' Amended Complaint, and is not opposed to this motion.

4.  This is the first request for an extension of time in which to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

5.  The additional time requested herein is not sought for purposes of delay.

THEREFORE, Defendant Dominic Magliarditi requests that the Court enter an Order granting his Motion and that the Defendant Dominic Magliarditi have two (2) weeks from March 18, 2017 to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

DATED this 14th day of March, 2017.

                                    DOMINIC J. MAGLIARDITI

                                ____*/s/ Dominic J. Magliarditi*____
                                DOMINIC J. MAGLIARDITI
                                P.O. Box 371145
                                Las Vegas, NV 89137
                                *Defendant Pro Se*

    IT IS SO ORDERED.

    UNITED STATES MAGISTRATE JUDGE

_____
    DATED:   3-17-2017

## CERTIFICATE OF SERVICE

I hereby certify that in the 14th day of March, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. All parties were served by the CM/ECF system.

                       /s/ Dominic J. Magliarditi
                      Dominic J. Magliarditi