# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRANSFIRST GROUP INC., et al., | Case No. 2:17-cv-00487-APG-VCF |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| DOMINIC J. MAGLIARDITI, et al., | (ECF Nos. 148) |
| Defendants. | |

Defendant Francine Magliarditi moves to redact the subscriber identification numbers on the life insurance policies from Exhibit L and birthdates on the renter's insurance policy in Exhibit P to her *in camera* submission. I grant that motion.

IT IS THEREFORE ORDERED that defendant Francine Magliarditi's motion to redact **(ECF No. 148) is GRANTED**. Defendant Francine Magliarditi may redact the subscriber identification numbers on the life insurance policies from Exhibit L and birthdates on the renter's insurance policy in Exhibit P to her *in camera* submission, in addition to the items I already identified in my prior order. ECF No. 146.

DATED this 7th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE