1  Matthew L. Durham
   Nevada Bar No. 10342
2  Chad D. Olsen
   Nevada Bar No. 12060
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6
   Pete Marketos, *pro hac vice* forthcoming
7  Tyler J. Bexley, *pro hac vice*
   REESE MARKETOS LLP
8  750 North Saint Paul Street, Suite 600
   Dallas, TX  75201
9  Telephone: (214) 382-9804

10 Attorneys for Plaintiffs

11

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14

15 TRANSFIRST GROUP, INC. f/k/a          Case No. 2:17-CV-00487-APG-VCF
   TRANSFIRST HOLDINGS, INC.,
16 TRANSFIRST THIRD PARTY SALES LLC      **PLAINTIFFS' MOTION FOR LEAVE TO**
   f/k/a TRANSFIRST MERCHANT            **FILE APPENDIX IN SUPPORT OF**
17 SERVICES, INC., and PAYMENT          **PLAINTIFFS' MOTION FOR ORDER TO**
   RESOURCES INTERNATIONAL, LLC,        **SHOW CAUSE AND FOR**
18                                       **APPOINTMENT OF RECEIVER UNDER**
                                         **SEAL**
19         Plaintiffs,

20      v.

21 DOMINIC J. MAGLIARDITI; FRANCINE
   MAGLIARDITI; in her individually capacity,
22 and as trustee of FRM TRUST, DJM
   IRREVOCABLE TRUST, and the FANE
23 TRUST; ATM ENTERPRISES, LLC; DII
   CAPITAL, INC.; DFM HOLDINGS, LTD;
24 DFM HOLDINGS, LP; DII PROPERTIES
   LLC; MAGLIARDITI, LTD.;
25 CHAZZLIVE.COM, LLC; and SPARTAN
   PAYMENT SOLUTIONS, LLC,
26
27         Defendants.

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales LLC, and Payment Resources International, LLC (collectively, "TransFirst"), by and through their counsel of record, hereby seek leave to file the Appendix in Support of Plaintiffs' Motion for Order to Show Cause and for Appointment of Receiver (the "Appendix") under seal. This motion is based on LR IA 10-5, LR IC 6-1, the memorandum of points and authorities attached hereto, all pleadings and papers on file in this case, and any other argument the Court may wish to consider.

DATED:  May 16, 2018

PAYNE & FEARS LLP
Attorneys at Law


By: _____*Matthew L. Durham*_____
        MATTHEW L. DURHAM

Attorneys for Plaintiffs

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

## **MEMORANDUM OF POINTS AND AUTHORITIES**

LR IC 6-1 mandates that parties not include personal-data identifiers, including financial account numbers, in documents filed with the Court. Specifically, LR IC 6-1 states in relevant part:

(a)    Parties must refrain from including … the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise:

        (1)    Social Security Numbers. ….

        …

        (4)    Financial Account Numbers. ….

        …

        (6)    Tax Identification Number. ….

(b)    A pro se party or attorney making a redacted filing also may file an unredacted copy under seal.

LR IC 6-1.

Here, the Appendix contains numerous pages of bank records and tax returns containing social security numbers, financial-account numbers, and tax identification numbers (among other sensitive financial information). Accordingly, TransFirst respectfully requests that this Court enter an order granting it leave to file the Appendix to under seal.

DATED:  May 16, 2018          PAYNE & FEARS LLP
Attorneys at Law


By:     *Matthew L. Durham*
               MATTHEW L. DURHAM

Attorneys for Plaintiffs

4836-0800-3173.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300