UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRANSFIRST GROUP, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC J. MAGLIARDITI, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00487-APG-VCF<br><br>**ORDER FOR BRIEFING AND HEARING ON MOTIONS FOR CONTEMPT AND APPOINTMENT OF A RECEIVER** |

The plaintiffs have moved for appointment of a receiver over the defendants' businesses and for contempt sanctions against defendant Francine Magliarditi. The plaintiffs request that their motions be considered on an expedited basis. That request is justified under the circumstances of this case.

IT IS ORDERED that the defendants shall respond to the plaintiffs' motions for contempt and for appointment of a receiver by May 24, 2018. The plaintiffs may reply in support of their motions by May 29, 2018. A hearing on the motions will be held on Wednesday, May 30, 2018 at 10:00 a.m.

DATED this 17th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE