UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRANSFIRST GROUP INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC J. MAGLIARDITI, et al.,<br><br>Defendants. | Case No. 2:17-cv-00487-APG-VCF<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO SEAL**<br><br>(ECF Nos. 180, 183) |

The defendants move to seal their two Appendices (ECF Nos. 176) filed in support of their oppositions to the pending motions for contempt and for appointment of a receiver. The Appendices contain personal identifiers and other confidential financial information about the defendants. Therefore, I grant the motions.

IT IS THEREFORE ORDERED that the defendants' motions to seal **(ECF Nos. 180, 183) are GRANTED**. The Appendices **(ECF Nos. 181, 184) shall remain filed under seal**.

DATED this 24th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE