# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST GROUP, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINIC J. MAGLIARDITI, *et al.*, <br><br> Defendants. | Case No. 2:17-CV-00487-APG-VCF <br><br> **SUPPLEMENT TO PRELIMINARY INJUNCTION** |

Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales, LLC, and Payment Resources International, LLC ("TransFirst") move for a supplement to the preliminary injunction. The Court grants TransFirst's motion and enters this Supplement to the Preliminary Injunction dated May 25, 2017 (ECF No. 109). In granting the preliminary injunction, the Court found that (1) TransFirst is likely to succeed on the merits of its claims; (2) TransFirst is likely to be irreparably harmed in the absence of an injunction; (3) the balance of hardships favors TransFirst; and (4) an injunction supports the public interest. The Court finds that these factors continue to support a preliminary injunction. Additionally, based on the evidence presented at the May 30, 2018 hearing and in TransFirst's Motion for Entry of Supplement to Preliminary Injunction, the Court finds that there is good cause to clarify that the preliminary injunction applies to any entities owned or controlled by the Magliarditis.

I HEREBY ORDER:

1. All entities owned or controlled by Dominic J. Magliarditi or Francine Magliarditi[1] including but not limited to DII-CA Investments, LLC and ANE Investments, LLC, are enjoined from, directly or indirectly: (1) transferring, concealing, withdrawing, or otherwise disposing of any assets, property, or funds that they control or possess; (2) opening or closing accounts; (3)

---

[1] This includes any entities that are indirectly owned or controlled by the Magliarditis through a trust or other entity.

opening or accessing safe deposit boxes or rental storage units; and (4) opening or creating any new entities or trusts without prior approval of the Court; and

    2.    The plaintiffs are authorized to notify financial institutions and other persons who may control or possess property, funds, and assets belonging to, or held for the benefit of, any Enjoined Defendant, of the existence of this preliminary injunction, so that plaintiffs can obtain an honest accounting of the Enjoined Defendants' property and the value thereof.

    IT IS SO ORDERED this 1st day of June, 2018.

    _____
    ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE