# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRANSFIRST GROUP, INC., *et al.*, | Case No. 2:17-cv-00487-APG-VCF |
| Plaintiffs, | **ORDER DIRECTING DEFENDANTS TO FILE A REPONSE TO THE MOTION TO APPOINT A RECEIVER (ECF NO. 194)** |
| v. | |
| DOMINIC J. MAGLIARDITI, *et al.*, | |
| Defendants. | |

IT IS ORDERED that the defendants shall a file a response to the plaintiffs' motion fr entry of receivership order (ECF No. 194) by Monday, June 11, 2018.

DATED this 8th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE