Matthew L. Durham
Nevada Bar No. 10342
Chad D. Olsen
Nevada Bar No. 12060
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Tyler J. Bexley, *pro hac vice*
REESE GORDON MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, TX 75201
Telephone: (214) 382-9804

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP; DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC.,<br><br>Defendants. | Case No. 2:17-CV-00487-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR CLARIFICATION/INSTRUCTIONS REGARDING THE PAYMENT OF ATTORNEYS' FEES AND COSTS AND REQUEST TO MODIFY INJUNCTION (ECF. NO. 195)**<br><br>**(FIRST REQUEST)** |

Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales LLC, and Payment Resources International, LLC (collectively, "Plaintiffs"), and Defendants Francine Magliarditi,

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

individually and as trustee of the FRM Trust, DJM Irrevocable Trust, and Fane Trust; ATM Enterprises, LLC; DII Capital, Inc.; DFM Holdings, LP; and DII Properties, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiffs shall have a one-week extension, until **June 29, 2018**, to file their response to Defendants' Motion for Clarification/Instructions Regarding the Payment of Attorney's Fees and Costs and Request to Modify Injunction (ECF No. 195). This brief extension is necessary because Plaintiffs' lead counsel only recently returned from a pre-planned vacation, the parties have been dealing with expedited discovery issues, and Plaintiffs need time to fully consider the effect of Defendant Dominic Magliarditi's notice of bankruptcy filing (ECF No. 207), which notice was filed yesterday.

This is the first request for an extension of the briefing deadlines on Defendants' Motion for Clarification/Instructions.

DATED this 22nd day of June, 2018.

| COOK & KELESIS, LTD. | PAYNE & FEARS LLP |
|---|---|
| By: */s/ Julie L. Sanpei*<br>GEORGE P. KELESIS, NV Bar No. 0069<br>MARC P. COOK, NV Bar No. 4574<br>JULIE L. SANPEI, NV Bar No. 5479<br>517 S. Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Francine Magliarditi, individually and as Trustee of the FRM Trust, DJM Irrevocable Trust, and FANE Trust, ATM Enterprises,LLC, DII Capital, Inc., DFM Holdings, Ltd., DFM Holdings, LP, and DII Properties LLC* | By: */s/ Matthew L. Durham*<br>MATTHEW L. DURHAM, NV Bar No. 10342<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br><br>TYLER J. BEXLEY, *pro hac vice*<br>REESE GORDON MARKETOS LLP<br>750 North Saint Paul Street, Suite 600<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated: June 22, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4848-0011-6331.1

-2-