UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST GROUP, INC., *et al.*, <br> Plaintiffs, <br> v. <br> DOMINIC J. MAGLIARDITI, *et al.*, <br> Defendants. | Case No. 2:17-cv-00487-APG-VCF <br><br> **ORDER STAYING DEADLINES, MOVING HEARING, AND ALLOWING LIMITED-PURPOSE DISCOVERY** <br><br> [ECF No. 221] |

Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales, LLC, and Payment Resources International, LLC (collectively, "TransFirst") move to reschedule the July 20, 2018 hearing, to stay all deadlines in the Scheduling Order, and for permission to conduct limited discovery in connection with the pending contempt proceedings. ECF No. 221. Given the confusion that has been caused by the bankruptcy filing of Dominic Magliarditi, the motion is supported by good cause and I will grant it.

IT IS HEREBY ORDERED that TransFirst's motion (**ECF No. 221) is granted**. The July 20, 2018 show cause hearing and status conference is vacated and rescheduled for August 8, 2018 at 9:00 a.m.

IT IS FURTHER ORDERED that the deadlines contained in the Scheduling Order (ECF No. 169) are stayed pending further order of the court.

IT IS FURTHER ORDERED that TransFirst may conduct limited discovery related to the contempt hearing. Specifically, TransFirst may:

(1) continue with written discovery (which was previously served on Francine Magliarditi) and conduct a deposition of Francine Magliarditi regarding the source of funds she has relied on since the entry of the preliminary injunction and her withdrawal and spending of funds since entry of the injunction;

(2) seek appropriate subpoenas under Federal Rule of Civil Procedure 45 to obtain documents from and a deposition of Nikki Magliarditi regarding her participation in

transferring and listing for sale the Rembrandt Property; and

(3) seek appropriate subpoenas under Federal Rule of Civil Procedure 45 to obtain documents from The Agency RE, which was the listing agent for the Rembrandt Property.

DATED this 9th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE