Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com

*Attorneys for Shelley D. Krohn, Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC JOSEPH MAGLIARDITI; FRANCINE MAGLIARDITI; in her individual capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC, DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP, DII PROPERTIES LLC, MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC.,<br><br>Defendants. | Case No. 2:17-CV-00487-APG-VCF<br><br>**ORDER APPROVING STIPULATON REGARDING CLAIMS AS PROPERTY OF THE ESTATE** |

The Stipulation Regarding Claims As Property Of The Estate ("Stipulation")[1] [ECF No. 237] having been filed; the Court having reviewed the Stipulation, and for good cause shown, it is hereby

ORDERED that the Stipulation Regarding Claims As Property Of The Estate is approved; and it is further

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed them in the underlying Stipulation.

ORDERED that:

1. The Claims are property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541(a) and/or are held and controlled by the Chapter 7 Trustee from and after the Petition Date;

2. The Trustee and Transfirst Group, Inc. f/k/a Transfirst Holdings, Inc., Transfirst Third Party Sales LLC f/k/a Transfirst Merchant Services, Inc., and Payment Resources International, LLC each reserves its respective rights and claims with regard to the issue of whether new claims that are currently not alleged in the Action (the "Newly Discovered Claims"), are property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541 and/or are held and controlled by the Chapter 7 Trustee from and after the Petition Date; and

3. The Stipulation does not apply to actions for contempt that are currently pending in the Action or may arise from actions of the Defendants in the Action, and the Parties specifically reserve the issue of whether such contempt claims are the property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541 and/or are held and controlled by the Chapter 7 Trustee from and after the Petition Date.

Submitted by:

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Shelley D. Krohn, Trustee*

IT IS SO ORDERED.

Dated: August 27, 2018.

_____
UNITED STATES DISTRICT JUDGE