Matthew L. Durham
Nevada Bar No. 10342
Chad D. Olsen
Nevada Bar No. 12060
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Tyler J. Bexley, *pro hac vice*
REESE GORDON MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, TX 75201
Telephone: (214) 382-9804

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP; DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC., <br><br> Defendants. | Case No. 2:17-CV-00487-APG-VCF <br><br> **MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT/DEBTOR'S MOTION TO REFER CASE TO BANKRUPTCY COURT (ECF. NO. 240)** <br><br> **(FIRST REQUEST)** |

Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales LLC, and Payment Resources International, LLC (collectively, "Plaintiffs") respectfully move this Court for a one-

week extension, until **November 8, 2018**, to file their response to Defendant/Debtor Dominic J. Magliarditi's Motion to Refer Case to the Bankruptcy Court (ECF No. 240). This motion is based on the following Memorandum of Points and Authorities, the pleadings and papers on file, and any arguments of counsel at the time of the hearing of this motion.

DATE: November 1, 2018     PAYNE & FEARS LLP

By     */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
CHAD D. OLSEN, NV Bar No. 12060
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300
Attorneys for Plaintiffs

### MEMORANDUM OF POINTS AND AUTHORITIES

On October 18, 2018, Defendant/Debtor Dominic J. Magliarditi filed a Motion to Refer Case to the Bankruptcy Court (ECF No. 240). Plaintiff's response is currently due on November 1, 2018. Plaintiff respectfully requests a one-week extension, until **November 8, 2018**, to file their response. This brief extension is necessary because Plaintiffs' lead counsel is out of the office the remainder of this week and has previously been occupied with other matters, including an expedited hearing in California bankruptcy court and depositions in another case.

This is the first request for an extension on Defendant/Debtor's Motion.

DATE: November 1, 2018     PAYNE & FEARS LLP

By     */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
CHAD D. OLSEN, NV Bar No. 12060
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300
Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-1-2018

4823-6829-2986.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2018, I served a true and correct copy of the above and foregoing, **MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT/DEBTOR'S MOTION TO REFER CASE TO BANKRUPTCY COURT (ECF. NO. 240) (FIRST REQUEST)** was made this date by electronic transmission through the court's ECF e-filing program to the following parties:

Adam Cooper Sanderson    ADAM.SANDERSON@RGMFIRM.COM, ann.hall@rgmfirm.com, deedee.carr@rgmfirm.com

Chad D Olsen    colsen@woodserickson.com, aholman@paynefears.com, cdo@paynefears.com, dwhite@paynefears.com, nbabas@paynefears.com

Dominic J Magliarditi    nick@diicompanies.com

Dustun H Holmes    dhh@pisanellibice.com, cct@pisanellibice.com, cmc@pisanellibice.com, lit@pisanellibice.com

Gary Owen Caris    gcaris@btlaw.com, slmoore@btlaw.com

George P Kelesis    gkelesis@bckltd.com, sgrotheer@bckltd.com

Jeanette E. McPherson    bkfilings@s-mlaw.com

Julie L Sanpei    jsanpei@bckltd.com, sgrotheer@bckltd.com

Marc P Cook    mcook@bckltd.com, slopan@bckltd.com

Matthew C Zirzow    mzirzow@lzklegal.com, carey@lzklegal.com, mary@lzklegal.com, recept@lzklegal.com, trish@lzklegal.com

Matthew L. Durham    mld@paynefears.com, aholman@paynefears.com, imendez@paynefears.com, nbabas@paynefears.com

Michael F Lynch    Michael@LynchLawPractice.com, lynchonline@gmail.com

Peter D. Marketos    PETE.MARKETOS@RGMFIRM.COM, ann.hall@rgmfirm.com, deedee.carr@rgmfirm.com

Sean Forage Gallagher    sean.gallagher@rm-firm.com

Shelley D. Krohn    shelley@krohnlawoffice.com, , candace@krohnlawoffice.com

Tyler J Bexley    tyler.bexley@rgmfirm.com

and by U.S. Mail, postage prepaid, to the following parties:

    Brian N. Hail
    Gruber Hurst Johansen & Hail
    Fountain Place

1445 Ross Ave., St. 2500
Dalla, TX 75202

Melissa J Swindle
Stewart Wiegand & Owens PC
325 North St. Paul, Suite 4150
Dallas, TX 75201

Robert C Wiegand
Stewart Wiegand & Owens, PC
325 North St. Paul Street, Suite 4150
Dallas, TX 752013861

              */s/ Nancy Babas*
              Nancy Babas, An Employee of PAYNE & FEARS LLP

4821-9795-7732.1

-4-