|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| *** | |
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP; DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC.,<br><br>Defendants. | 2:17-cv-00487-APG-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Motion for Leave to Withdraw as Counsel of Record for Defendants Francine Magliarditi, in hear individual capacity and as Trustee of FRM Trust, and the Fane Trust, ATM Enterprises, LLC; DFM Holdings, Ltd., DFM Holdings, LP, DII Properties LLC (ECF NO. 255).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to Withdraw as Counsel of Record for Defendants Francine Magliarditi, in hear individual capacity and as Trustee of FRM Trust, and the Fane Trust, ATM Enterprises, LLC; DFM Holdings, Ltd., DFM Holdings, LP, DII Properties LLC (ECF NO. 255) is scheduled for 10:00 AM, March 9, 2020, in Courtroom 3D.

1    IT IS FURTHER ORDERED that Francine Magliarditi must be present at the 10:00 AM hearing
2    on March 9, 2020.
3    DATED this 20th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE