| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| \*\*\* | |

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP; DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC., <br><br>Defendants. | 2:17-cv-00487-APG-VCF <br> **ORDER** |

Before the court is Defendant Francine Magliarditi's Motion to Clarify Minute Order (ECF 278) and Request to Extend Time to Retain New Counsel (ECF No. 279).

To date, no opposition to the instant motion has been filed, and the time to file an opposition has passed. LR 7-2(b).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though the other parties have consented to the granting of the instant motion.

Good Cause Appearing,

IT IS HEREBY ORDERED that Defendant Francine Magliarditi's Motion to Clarify Minute Order (ECF 278) and Request to Extend Time to Retain New Counsel (ECF No. 279) is GRANTED in part.

IT IS FURTHER ORDERED that the defendants formerly represented by the law firm of Cook & Kelesis, LTD, other than Francine Magliarditi, must retain counsel to proceed with their defense of this action.

The deadline for all defendants to retain counsel, although Francine Magliarditi is not required to retain counsel for herself if she choose to proceed with her defense *pro se*, is extended until 30 days after the temporary general orders entered in this District as a result of the Coronavirus Pandemic are vacated. *See* Temporary General Orders 2020-02, 2020-03, 2020-04, and 2020-05.

IT IS FURTHER ORDERED that the status hearing scheduled for May 5, 2020, is VACATED, and RESCHEDULED to 10:30 AM, July 1, 2020, in Courtroom 3D.

DATED this 2nd day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE