Matthew L. Durham
Nevada Bar No. 10342
Chad D. Olsen
Nevada Bar No. 12060
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Tyler J. Bexley, *pro hac vice*
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, TX 75201
Telephone: (214) 382-9804

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC J. MAGLIARDITI; FRANCINE MAGLIARDITI; in her individually capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST; ATM ENTERPRISES, LLC; DII CAPITAL, INC.; DFM HOLDINGS, LTD; DFM HOLDINGS, LP; DII PROPERTIES LLC; MAGLIARDITI, LTD.; CHAZZLIVE.COM, LLC; and SPARTAN PAYMENT SOLUTIONS, LLC.,<br><br>Defendants. | Case No. 2:17-CV-00487-APG-VCF<br><br>**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs TransFirst Group, Inc., TransFirst Third Party Sales LLC, and Payment Resources International, LLC and

Defendants Dominic J. Magliarditi; Francine Magliarditi, in her individual capacity and in her role as trustee of FRM Trust, DJM Irrevocable Trust, and Fane Trust; ATM Enterprises LLC; DII Capital, Inc.; DFM Holdings, Ltd.; DFM Holdings, LP; and DII Properties, LLC hereby stipulate that they have resolved all claims pursuant to a negotiated agreement and further stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims and any injunctions stated herein against all parties, with each party to bear its own attorneys' fees and costs.

DATED: June 29, 2020

Dated: June 29, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

By: /s/ Matthew L. Durham
Matthew L. Durham, NV Bar No. 10342
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Tyler J. Bexley, *pro hac vice*
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, TX 75201
Tel. (214) 382-9810

Attorneys for Plaintiffs

_____
Dominic J. Magliarditi
P.O. Box 371145
Las Vegas, NV 89137

*Defendant Pro Se*

_____
Francine R. Magliarditi

*Individually and in her role as trustee of FRM Trust, DJM Irrevocable Trust, and Fane Trust, and for ATM Enterprises LLC; DII Capital, Inc.; DFM Holdings, Ltd.; DFM Holdings, LP; and DII Properties, LLC*

-2-